*Thomas C. T. Crain*, District Attorney (*Robert Daru* of counsel), for appellant.

*Edgar H. A. Chapman* for respondent.

Judgment affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.

In the Matter of the BOARD OF SUPERVISORS OF ONTARIO COUNTY, Appellant, against THE WATER POWER AND CONTROL COMMISSION, DEPARTMENT OF CONSERVATION OF THE STATE OF NEW YORK, et al., Respondents.

(Argued October 14, 1930; decided November 18, 1930.)

*Earle S. Warner* for appellant.

*Hamilton Ward, Attorney-General (Frederick D. Colson* of counsel), for Water Power and Control Commission, respondent.

*Clarence M. Platt, Corporation Counsel (George B. Draper* of counsel), for City of Rochester, respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.